IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STACY D. HEARLSON,

    Plaintiff,

vs.

Case No. 06-1120-JTM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

MEMORANDUM AND ORDER

This Social Security appeal is before the court on the plaintiff's Motion for Attorney Fees. Plaintiff Stacy Hearlson seeks an award of attorney fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $9,356.42 — representing 58.35 hours of attorney work at $162.35 per hour. The Commissioner has not filed any opposition to the plaintiff's motion, and the court finds that the requested award is reasonable, in light of the nature, circumstances, and results of the case.

IT IS ACCORDINGLY ORDERED this 17th day of December, 2007, that the court hereby grants plaintiff's Motion for Attorney Fees (Dkt. No. 30) such that the court directs and orders the Social Security Administration to pay plaintiff the sum of $9,356.42.

                                                   s/ J. Thomas Marten
                                                 J. THOMAS MARTEN, JUDGE